Samuel Fisher
**Wiggins Childs Quinn & Pantazis, LLC**
301 Nineteenth Street North
Birmingham, AL 35203
Telephone: (205) 314-0516
Facsimile: (205) 254-1500
Email: jdoyle@wcqp.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-4283 CRB<br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Debra Kinds, on behalf of the Estate of Ruthie Kinds, deceased,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs.

DATED: 2/3/11        By: [signature]

**WIGGINS CHILDS QUINN & PANTAZIS, LLC**
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0516
Facsimile: (205) 254-1500

*Attorneys for Plaintiff*

DATED: 10/4/2011     By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 5, 2011     [signature]
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE